April 9, 1965

## Commonwealth ex rel. Brogan, Appellant, *v.* Myers.

 Submitted March 15, 1965. *Earl Brogan,* appellant, in propria persona; *Benjamin H. Renshaw, Jr.* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.

## Commonwealth ex rel. Chester, Appellant, *v.* Myers.

 Submitted March 15, 1965. *Jack Chester,* appellant, in propria persona; *Gordon Gelfond* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for appellee.

Order affirmed.

FLOOD, J., absent.